AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No. |
| ) | 25- 1050  ( M ) |
| José Melo-Cedeño ) | |
| ) | |
| ) | |
| *Defendant(s)* | |

*RECEIVED & FILED CLERK'S OFFICE NOV 14 2025 US DISTRICT COURT SAN JUAN, PR*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  November 12, 2025  in the county of  -  in the  --  District of  Puerto Rico , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C. § 1326(a) & (b)(2) | Reentry of Removed Alien After an Aggravated Felony Conviciton. |

This criminal complaint is based on these facts:

See Attached Affidivit.
Reviewed by:
Assistant United States Attorney Daynelle Alvarez Lora.
The United States requests temporary detention pending preliminary hearing and detention hearing.

☑ Continued on the attached sheet

*Complainant's signature*

Maite M. Rentas Special Agent, HSI
*Printed name and title*

Sworn to before me pursuant to FRCP 4.1 at **7:44pm** by telephone, this  14th  day of November 2025,  in San Juan, Puerto Rico.

Date:  11/14/25

*Judge's signature*

City and state:  San Juan, Puerto Rico    Hon. Mariana E. Bauza, United States Magistrate Judge
*Printed name and title*